Isaac Blumberg, Esq.
State Bar number 234487
225 Broadway #2220
San Diego, CA 92101
isaac@isaacblumberg.com

Attorney for Defendant *Ulbio Galo Chele-Plua*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### (Hon. Gonzalo P. Curiel)

| | |
|---|---|
| United States of America, | Case No. 3:21-CR-00292-GPC |
| Plaintiff, | |
| v. | Defendant's Sentencing Memorandum |
| Chele-Plua, Ulbio Galo | Date: June 6, 2022 |
| Defendant. | Time: 8:30 a.m. |

## I.  Introduction

Ulbio Galo Chele-Plua is a 62-year-old first-time offender. He is a husband and father to ten children. Each and every one of his children rely on him, love him, and miss him. Just like his father and grandfather before him, he has worked for 50 years as a fisherman to support his family. Mr. Chele-Plua's main motivation was to provide his children basic necessities like food and shelter.

Unfortunately, the last few years have been difficult to find work, especially for a fisherman at his age. As the pandemic hit, he struggled even more to find work and he was

unable to meet support his family and two youngest children who still rely on him. He ultimately accepted a job opportunity from the wrong people, hoping it was legitimate work. He has never regretted a decision more and fears for the well-being and safety of his family. Without him, his children are going hungry and are struggling to survive in Ecuador. Mr. Chele-Plua found himself locked up for the first time in his life and deeply remorseful for putting his family in even worse jeopardy. He has suffered tremendously while in custody and is unlikely to ever reoffend. Under all these circumstances, a 24-month sentence is warranted.

## II. Individual Before the Court

Mr. Chele-Plua was born in Ecuador and raised in extreme poverty. He was raised in a wooden shed along with seven siblings in a small town. His mother died giving birth to a younger sibling and his father eventually remarried and had an additional twelve half-siblings. He was often without food and the family relied on him to work from a very young age to help contribute. At an early age, he learned how to fish from his father.

Mr. Chele-Plua married at a young age and had five sons who all still live and work in Ecuador.Mr. Chele-Plua remains close to his sons and has a strong and loving relationship with them all. After separating from his first wife, Mr. Chele-Plua began a relationship with Kati that produced five additional children. He is still supporting his youngest daughter, Nicole, who is only 13 years old. He is particularly concerned about Nicole, as she is still young, and he is not there to care for her and provide basic necessities like food. As the father of 10 children, Mr. Chele-Plua maintains good co-parenting

relationships with Kati and his first wife. Mr. Chele-Plua's entire family was surprised to hear of his arrest since they have never been in trouble with the law before. They all remain supportive and look forward to his return to Ecuador.

His father, now 80, has gone blind in his old age and requires constant help that Mr. Chele-Plua used to help provide. Mr. Chele-Plua himself has health concerns. He takes medications for cholesterol, chest pain, and allergies. He suffers from knee pain and has difficulty hearing. He recently recovered from Covid-19 but still struggles with breathing properly. Mr. Chele-Pula suffers from no mental or emotional health concerns. He is also sober from alcohol for the past ten years.

Mr. Chele-Plua never received a formal education. He can barely read and write but does not speak any English. He has done his best to always provide for his family and take care of his obligations.

### III.  Circumstances of the Offense

Mr. Chele-Plua is ashamed of his involvement in this offense. Since he was a child, he would go to the local marina early in the morning in search of a job. There, vessel captains pick local fisherman seeking a job that could last anywhere from a few hours to a few weeks. The pay is not great, and he is often barely able to feed his 10 children, one that is only 13 years old. In the last few years, as he neared 60 years old, the job opportunities became scarcer. Boat captains seeking fisherman would pick younger, more able-bodied individuals, and not Mr. Chele-Plua, who appears his age with visible physical

ailments. More recently, he would arrive at the marina before dawn only to walk home without being selected for a job and no way to feed his family.

Being a local fisherman is also inheritably dangerous. Aside from the conditions at sea, fisherman in his area are also easy targets for pirates looking for prey, including the fruit of the labor of local fisherman. Mr. Chele-Plua was beaten by pirates and left floating on vessels in the middle of the ocean more than once. Still, he would return to the marina for a job because it was the only way he knew to provide for his family that was literally starving. As COVID-19 raged across the world, the local economy came to a standstill.

A few days before his arrest, he went to the marina, like he did so many times before looking for a job. This time, there were people seeking fisherman for a job in another town that would pay well. Mr. Chele-Plua didn't ask a lot of questions and he had initial suspicions about what the job was. He truly hoped it was a legitimate fisherman job as he just wanted to feed his family. He could not have fathomed what the job was really for.

After agreeing to the job, Mr. Chele-Plua brought just a few items as he didn't expect to be gone more than a few days. He had not travelled far from Ecuador and couldn't dream that he would somehow end up in the United States when he left his house that morning. By the time he realized the job was not a legitimate fishing trip, he was already too involved.

The trip that eventually landed him on the vessel with the co-defendants was dangerous and took many days where he was filled with fear and regret. He was simply a warm body being used by other people. He was transferred from one barely sea worthy

boat to another, in the cover of darkness, before he boarded the vessel where he was arrested with the other codefendants. It is apparent that Mr. Chele-Plua is much younger than others in the vessel.

Mr. Chele-Plua played a minor role in this offense. He was not familiar with the intricate plans of the offense or even who the main characters were that planned the offense. He did not know what type of drugs were inside the vessel or even how much. Mr. Chele-Plua was not told where in the world he was or where the drugs were headed. He was not the captain of the ship, did not know the codes, or where the vessel was headed. Mr. Chele-Plua always followed the instructions of others and had no decision-making authority. He used no sophistication in committing this offense and made no profit.

Mr. Chele-Plua feels very bad about his actions. He is in a place he has never been and is away from his family. His daughters have called him crying because they have nothing to eat and are hungry. Mr. Chele-Plua stated he will never accept an offer like this again and would prefer to be hungry and be with his family. He asks the court for forgiveness and is remorseful for his conduct.

## IV. Calculations Under Guidelines

The parties agree on the preliminary guideline's calculations:

| | |
|---|---|
| Base offense level with role cap: (§ 2D1.1(b)(18)): | 34 |
| Minor role: (§ 3B1.2): | -2 |
| Acceptance of responsibility: (§ 3E1.1(a) and (b)): | -3 |
| Safety Valve: (§ 2D1.1(b)(18)): | -2 |
| Combination of Factors: (5K2.0) | -2 |
| Adjusted Offense Level | 25 |

| | |
|---|---|
| Criminal history points: | 0 |
| Criminal history category: | I |

**Recommendation: 24 months custody.**

The undersigned believes Mr. Chele-Plua deserves a 24-month custodial sentence in light of the extraordinary mitigating factors and his genuine remorse. Mr. Chele-Plua asks this Court to impose a lower sentence of 24 months so that he may return to a family that needs him.

Mr. Chele-Plua wants an opportunity to raise his young daughter and support his multiple children. He is simply asking this Court for a second chance to be the man, the husband, and the father that he has always wanted to be.

## V. Conclusion

Mr. Chele-Plua fully apologies to the Court. He respectfully requests the Court impose a sentence of 24 months in custody and up to 5 years of supervised release.

Respectfully submitted,

Dated: May 31, 2022

*/s/ Isaac Blumberg*
Isaac Blumberg
Attorney for Ulbio Galo Chele-Plua